# STATE OF MICHIGAN

# COURT OF APPEALS

REID COWAN,

      Plaintiff-Appellant,

v

STATE OF MICHIGAN, DEPARTMENT OF
CORRECTIONS, and EDWARD BARBER

      Defendants-Appellees.

UNPUBLISHED
May 22, 2018

No. 339618
Court of Claims
LC No. 17-000091-MM

Before: SHAPIRO, P.J., and M.J. KELLY and O'BRIEN, JJ.

O'BRIEN, J. (*concurring in part and dissenting in part*).

      I agree with the majority that plaintiff's state law claims should be dismissed for failure to provide timely notice as required by MCL 600.6431. However, I disagree that it is appropriate to remand plaintiff's federal constitutional claim based on *Felder v Casey*, 487 US 131; 108 S Ct 2302; 101 L Ed 2d 123 (1988). Plaintiff did not raise this argument at trial or on appeal. Therefore, I would adhere to the general "raise or waive" rule and hold that plaintiff waived this issue by failing to raise it. *Walters v Nadell*, 481 Mich 377, 387; 751 NW2d 431 (2008); *Baxter v Geurink*, 493 Mich 924, 924 (2013).

                                            /s/ Colleen A. O'Brien